# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES,<br>      Plaintiff,<br><br>           v.<br><br>YNJ FASHION GATEWAY, et al.,<br>      Defendants. | CV 18-9153 DSF (JCx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Judgment is entered against Defendants YNJ FASHION GATEWAY, INC. and HAI JIN LEE in favor of Plaintiff in the amount of $30,000; that attorney's fees in the amount of $2,400 and costs in the amount of $496.94 are awarded in favor of Plaintiff against the Defendants; and that post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment as prescribed by law.

Date: April 23, 2019

Dale S. Fischer
United States District Judge